■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST JEROME HENRY, Appellant. [834 NYS2d 671]— Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 20, 1987 (*People v Henry*, 132 AD2d 673 [1987]), affirming a judgment of the County Court, Nassau County, rendered November 8, 1984.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Crane, JJ., concur.